**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **JAMES A. DAY**<br>　　**Plaintiff,**<br><br>vs.<br><br>**JO ANNE B. BARNHART**<br>　　**Defendant.** | §<br>§<br>§　　**CIVIL ACTION NO. 6:06cv1**<br>§<br>§<br>§<br>§ |

### ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have made no objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge (Doc. 8) as the findings and conclusions of this Court.

Accordingly, Plaintiff, James A. Day's, action is hereby DISMISSED for failure to prosecute.

**SIGNED this 10th day of August, 2006.**

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michael Schneider_
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL H. SCHNEIDER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE